**EXHIBIT 1**



**Dresser**
**16240 Port Northwest**
**Houston, Tx**                                                                                                            Oct. 21, 2020

Re: Replace Unit 3-3
Dear Kevin,

RSC Mechanical LLC  submits the following proposal to provide materials, labor and tools necessary to perform this project as detailed in the following scope.

- **Scope**
- Provide the Following:
- Furnish (3) 1 HP 460V 1125 RPM OEM Trane CFM. Furnish (3) Fan Blades.
- Furnish wiring for CFM for repairs to damaged wiring. Furnish (1) Control Relay. Furnish (1) Cap
- Replace all listed above. Start up and check operation of unit
- 1 Year Standard Factory Warranty
- **Exclusion**
- Overtime, scope not listed above

**Proposed Sum Of:**                                                                                              **$4,655.00 plus tax**
**Exclusions: Any additional scope of work not specifically mentioned above, overtime.**
Price excludes overtime labor.  All material is guaranteed to be as specified. All work to be completed in a workmanlike manner according to standard practices. Any alteration or deviation from the above specifications involving extra cost will be executed only upon written orders and will be an additional charge.  All agreements are contingent upon strikes, accidents or delays beyond our control.  The property owner and/or tenants insurance is to cover any on-site damage related to fire, theft, weather, vandalism, or other circumstances beyond our control. Quotation expires 30 days from the date on this proposal.  Payment shall be made upon receipt of invoice.

By signing this proposal I acknowledge that the above prices, specifications and conditions are satisfactory and are hereby accepted, and that this document is a binding contract.
Sincerely,

PO #_____

*RSC Mechanical LLC*

---