```
                                                            Page 1

 1              UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF TEXAS
 2                   HOUSTON DIVISION
 3   RUDY CARMONA,               )
                                 )
 4              Plaintiff,       )
                                 )
 5   VS.                         ) CASE NO.: 4:21-CV-01473
                                 )
 6   KILGORE INDUSTRIES,         )
                                 )
 7              Defendant.       )
 8
 9
10          ------------------------------------
11                    ORAL DEPOSITION OF
12                    RUDY SAM CARMONA
13                      APRIL 8, 2022
14          ------------------------------------
15
16       ORAL DEPOSITION OF RUDY SAM CARMONA, produced as a
17   witness at the instance of the DEFENDANT, and duly
18   sworn, was taken in the above-styled and numbered cause
19   on April 8, 2022, from 8:41 a.m. to 1:32 p.m., before
20   Lisa M. Durham, CSR in and for the State of Texas,
21   reported by machine shorthand, at the location of the
22   witness, City of Porter, County of Montgomery, State of
23   Texas, pursuant to the Federal Rules of Civil Procedure
24   and the provisions stated on the record or attached
25   hereto.
     Job No. CS5149584
```

1    him that you might start, correct?  That was your
2    testimony?
3         A.   Yes.  That had been conversation going on for
4    about two years.
5         Q.   Okay.  And you told me that in August 2020, you
6    formally opened up RSC Mechanical, correct?
7         A.   Uh-huh.
8         Q.   Yes?
9         A.   Yes.
10        Q.   And at no time after formally opening up
11   RSC Mechanical did you ever inform Paul that you had
12   actually opened this company?
13        A.   No.
14        Q.   And let's take this one step further.  Before
15   this conversation with Paul that's being held on
16   October 26, 2020, you never informed him that you were
17   quoting Kilgore clients via RSC Mechanical, correct?
18        A.   No.
19        Q.   Okay.  Going back to Paul's conversation with
20   you on October 26, 2020, you testified that he told
21   you -- he asked you who was RSC, and you responded it's
22   me.  What happened after that?
23        A.   He showed me the Dresser-Rand quote that was
24   given to him by -- not Kevin.  Apparently somebody in
25   Dresser-Rand management.

```
                                                    Page 61
 1    Paul during your termination meeting, did you tell him
 2    that he was discriminating against you?
 3         A.   No.  I don't think I did.
 4         Q.   Once you left Kilgore on October 26, 2020, what
 5    did you do with regards to work and income?
 6         A.   Well, I already had income from my windshield
 7    business, but then I started to try to reach out to new
 8    clients, try to build my company.
 9         Q.   And those clients that you were reaching out
10    to, were they Kilgore clients?
11         A.   Some yes and some no.
12         Q.   Okay.  Which one of those that you reached out
13    to were Kilgore clients?
14         A.   Obviously, FMC, and again, Halliburton was
15    aware the moment I am.  So they were one of the ones.  I
16    did not reach out to them.  They reached out to me.  So
17    the conversation began because of the D.E. Harvey PO.
18    Brookfield.
19         Q.   Who else?
20         A.   Those are the only Kilgore clients.
21         Q.   So you talked about your windshield business.
22    So let me ask you this.  Is Kilgore aware that you also
23    had a windshield business going on?
24         A.   Yes.
25         Q.   And they never had any issues with the
```

```
 1    windshield business, correct?
 2         A.   No.  I actually did Kilgore windshields.
 3         Q.   And as a matter of fact, your job at Kilgore
 4    had nothing to do with windshields, right?
 5         A.   No.  That's where I was -- I was actually doing
 6    Kilgore windshields.
 7         Q.   Because a job that didn't conflict directly
 8    with the job that you performed at Kilgore was okay to
 9    do, not one that conflicted directly, correct?
10         A.   Yes.  They were aware from the moment of the
11    interview.  Jeff and Paul asked me, and I said I have a
12    windshield business.  So they were aware from day one.
13              MS. ALFARO:  Why don't we take a break.  It
14    is currently 10:08.  Let's come back at 10:20.
15              THE WITNESS:  Okay.
16              (A recess was taken.)
17              THE REPORTER:  Go ahead.
18              MS. ALFARO:  Thank you.
19         Q.   (BY MS. ALFARO)  Mr. Carmona, before we
20    continue, I just want to remind you that you are under
21    the same oath as this morning.  Okay?
22         A.   Okay.
23         Q.   I'm going to go into some questions now.  What
24    is your highest educational degree obtained?
25         A.   I have an occupational certificate from
```

Page 63

1     San Jac for HVAC.
2          Q.   What year?
3          A.   I think it was 2002.  I think so, yeah.
4          Q.   And prior to that, you graduated from high
5     school?
6          A.   Yes.
7          Q.   From where?
8          A.   Stephen F. Austin High School.
9          Q.   What year?
10         A.   Oh, '99.
11         Q.   Do you have any other certifications or
12    anything else?
13         A.   Just my EPA license, my state contractor's
14    license for HVAC.
15         Q.   And are those active and in good standing?
16         A.   Yes.
17         Q.   Let's talk a little bit about your employment
18    history prior to Kilgore.  Prior to Kilgore, where were
19    you employed?
20         A.   Before Kilgore, I was at Coopwood's air
21    conditioning.
22         Q.   You worked there from when to when?
23         A.   June -- April of '10 to March of '13.
24         Q.   So you worked there three years?
25         A.   Yes.

1    today, for over $60,000, for about $60,000?
2         A.  I don't know how it got estimated, but again,
3    I'm estimating what they owe me in a project that I did
4    not see the revenue, which is the lab project for
5    Halliburton.
6         Q.  Let me get this clear.  Is a hundred thousand
7    incorrect or your 160 incorrect?
8         A.  A hundred thousand is incorrect.
9         Q.  Okay.  So let's talk about your claim.  So
10   you're aware that you've made discrimination and
11   retaliation claims against Kilgore, correct?
12        A.  Yes.
13        Q.  Okay.  And what are the basis -- what basis are
14   you claiming that Kilgore discriminated against you?
15        A.  Race.
16        Q.  Okay.  Anything else, or would that be all?
17        A.  No.  The race, the harassment, the constant
18   withholdings of my compensation, the constant -- the
19   constant bickering with my superior over how much I make
20   every month.
21        Q.  And your claim is that all of those things that
22   you're alleging that happened occurred because of your
23   race.  Is that your allegation?
24        A.  Yes.
25        Q.  And all of those things that you just testified

Page 75

```
 1   occurred only because of your race.  That's what you're
 2   claiming?
 3        A.  Yes, because they did not happen to the -- the
 4   white salespeople at Kilgore.
 5        Q.  Okay.  Let's talk a little bit more about that.
 6   Can you please explain to me each and every alleged act
 7   of discrimination that Kilgore did against you?
 8        A.  I can't explain each and every one.  I don't
 9   know.
10        Q.  Well, sir, this is your complaint, so I need
11   for you to tell me each and every one.
12        A.  I'm going to explain the ones that I remember.
13        Q.  Okay.
14        A.  So I was constantly being withheld my monthly
15   statements while the white guys were not.  Now, that's
16   years and years, obviously seven years.  Okay?
17             I was constantly asked to renegotiate in
18   December, and the white guys were not.
19             I, who had the largest projects and
20   required the most manpower on my projects, was having to
21   fight for manpower while the white salespeople did not.
22             I was blasted on emails in front of the
23   whole department as to why I was calling the technicians
24   while they were on the other jobs with the white
25   salesmen.  Your camera went off.
```