Case 4:21-cv-01473   Document 20-3   Filed on 04/30/22 in TXSD   Page 1 of 3

EXHIBIT 3

# TEAM MEMBER HANDBOOK



## SECTION 2                                      EMPLOYMENT

**2.0      TEAM MEMBER HANDBOOK PURPOSE**

It is the purpose of the **Team Member Handbook** (here after referred to as "the **Handbook**") to properly inform and clarify all policies and procedures of **Kilgore Industries, LP** (here after referred to as "**Kilgore Industries**" or "the **Company**"). The Handbook will help you better understand what the Company is expecting from you as a Team Member, along with what you can expect from the Company. This Handbook is designed to acquaint you with Kilgore Industries, including Team Member benefits, rules of conduct, and policies and procedures affecting your employment. The Company's policies, practices, procedures, and benefits are continuously reviewed and are expected to occasionally change. No Handbook can anticipate every circumstance or question about policy. These changes may be implemented even if they have not been communicated, reprinted, or substituted in the Handbook.

The Company's benefits are defined in legal documents, insurance contracts, and plan descriptions. If a question arises about the plan benefits, or if there is conflicting language, the formal language of the plan documents controls, not the informal wording of the Handbook.

The employment relationship is at the will of the Company and either the Company or the Team Member may, at any time, terminate the employment relationship, with or without cause, and with or without an implied or expressed contract of employment. It should not be construed as notice. Written or oral statements made to any Team Member are not to be interpreted in any way as altering the at-will relationship. The Company may change any terms or conditions of employment, whether these are stated in the Handbook or established through employment practices. These terms and conditions may be altered only in writing and signed by Management.

**2.1      EQUAL OPPORTUNITY EMPLOYER/EQUAL EMPLOYMENT OPPORTUNITY**

Kilgore Industries is an Equal Opportunity Employer, seeking men and women to employ, regardless of race, religion, national origin, age, physical or mental disability, based on the Team Member's capacity to perform the particular job applied for and who can work together harmoniously to perform assigned tasks. It is the policy of Kilgore Industries to observe and comply with the Civil Rights Act (Title VII) of 1964, the Federal Equal Pay Act of 1963, the Age Discrimination in Employment Act of 1967, and the Americans with Disabilities Act of 1992, (here after collectively referred to as "the **Acts**") the basic requirements of which prohibit discrimination against individuals because of race, color, religion, sex, national origin, disability, or persons over 40 years of age.

Further, we will not retaliate against anyone who has opposed employment practices which may be illegal under the Acts or because they have testified or participated in any proceedings under the Acts. Kilgore Industries will make reasonable accommodations for qualified individuals with known disabilities unless doing so would result in undue hardship. This policy governs all aspects of employment, including selection, job assignment, compensation, discipline, termination, and access to benefits and training. Any Team Members with questions or concerns about any type of discrimination in the workplace are encouraged to bring these issues to the attention of their direct supervisor. Team Members may raise concerns and make reports without fear of reprisal. Anyone found to be engaging in any type of unlawful discrimination will be subject to disciplinary action, up to and including termination of employment. Kilgore Industries has developed the Handbook to guide its activities in the areas of recruitment, screening, hiring, and all areas of concern to Team Members, toward the goal of equal opportunity for members of minority groups and for women. Management will continue to be guided and motivated by these policies, and with the cooperation of all Team Members, will actively pursue the goal of equal opportunity for all throughout the Company.

**2.2      IMMIGRATION LAW COMPLIANCE**

Kilgore Industries is committed to employing only United States' citizens and aliens who are authorized to work in the United States and does not unlawfully discriminate on the basis of citizenship or national origin. In compliance with the Immigration Reform and Control Act of 1986, each new Team Member, as a condition of employment, must complete the Employment Eligibility Verification Form I-9 and present documentation establishing identity and employment eligibility. Former Team Members who are rehired must also complete the form if they have not completed an I-9 with the Company within the past three (3) years, or if their previous I-9 is no longer retained or valid. If a Team Member's authorization to work in the United States is set to expire on a certain date, that Team Member must present a document to the Human Resources Department no later than the date the Team Member's work authorization is to expire, showing continuing employment eligibility. Team Members with questions or seeking more information on immigration law issues are encouraged to contact Human Resources. Team Members may raise questions or complaints about immigration law compliance without fear of reprisal.

**2.3 MANAGEMENT**

Kilgore Industries has and shall continue to have full control over matters relating to the management and the conduct of its business. This control includes: the continuance or discontinuance of the whole business or any part thereof, planning and processing, subcontracting of any of its business, the determination of methods of production, the adjustments of standards of quality, the type of service, scheduling of operations and the number and location of offices and projects. The Company shall also continue to have full control over the team members' work activities. This includes the selection, assignment, direction, size, and composition. Furthermore, it has the right to hire, suspend, discharge, demote, discipline, promote, lay off, and transfer Team Members. All of the above actions may be executed without regard to seniority and may be for cause or no cause. The Company has the right to create, develop, change and enforce rules, regulations, policies and orders. It is agreed that the listing of specific rights is not intended to be nor shall be considered restrictive of or a waiver of any of the rights of management not listed and not specifically surrendered here whether such rights have been exercised by the Company in the past.

**2.4 HARASSMENT**

Kilgore Industries seeks to assure that the Company maintains a safe workplace free of any type of harassment and intimidation. In accordance with guidelines issued by the Equal Employment Opportunity Commission on discrimination because of sex, sexual harassment of Team Members is prohibited, and the Company strongly disapproves of such conduct. Unwelcomed sexual advances, requests for sexual favors, and other verbal or physical conduct of sexual nature constitute sexual harassment including but not limited when:

- Submissions to such conduct are made either explicitly or implicitly a term or condition of an individual's employment.
- Such conduct has the purpose or effect of unreasonably interfering with an individual's work performance or creating an intimidating, hostile, or offensive working environment.

Kilgore Industries does not tolerate vulgar, abusive, humiliating or threatening language, practical jokes, horseplay, or other inappropriate behavior in the workplace. Also prohibited is the display of sexually suggestive objects, pictures, or other graphic material anywhere on Company premises. As part of Kilgore Industries' policy to prohibit sexual harassment, all forms of sexual contact and acts, by or between Company agents and/or Team Members, without regard to whether the act is consensual, are prohibited on Company premises.

Supervisors are held to a higher standard and must report and document any form of harassment to the Human Resources Department.

Non-Team Member violators of this policy are subject to expulsion from a Kilgore Industries facility when harassment occurs on Company premises. Kilgore Industries may discontinue service to off premise Company violators of this policy. Furthermore, Kilgore Industries may report violators to the appropriate authority for civil or criminal action. Kilgore Industries prohibits retaliation of any kind against Team Members who report any forms of harassment or assist in investigating complaints.

The Company is dedicated to a prompt and impartial investigation and resolution of any and all complaints. An investigation should be undertaken, and appropriate sanctions and corrective measures should be instituted if the Team Member's allegations warrant such action. Persons who commit acts of intimidation or harassment should be admonished to discontinue such conduct and should be disciplined. Appropriate discipline may include actions up to and including termination of employment.

# SECTION 3                                                  SAFETY

**3.0 SAFETY**

The Company is committed to the safety of its Team Members, property and equipment. The Company has established safety rules and regulations that should be observed by all Team Members.

**3.1 MODIFICATION OF A SAFETY REGULATION**

The Team Member should inform any member of management or Human Resources if a safety regulation is modified that may compromise a Team Member's safety.

**3.2 WORKING CONDITION INSPECTIONS AND WORK ACTIVITY SUSPENSION**

It is the responsibility of all Kilgore Leadership to ensure that every Team Member at the Company works in a safe environment where all safety regulations are observed, and Team Members use good common sense to protect themselves