EXHIBIT 4

SCANNED

FEB 16 2017

## ACKNOWLEDGMENT

This handbook is provided to you for information and immediate reference. Please read it carefully and completely. Policies included in this handbook are subject to change by Kilgore Industries at any time, with or without notification to its employee's.

Please acknowledge receipt of this handbook by signing this page.

Your employment is at will. This means you are free to terminate your employment at any time, for any reason, and Kilgore Mechanical retains the same rights.

I have received a copy of this handbook and have read or had it read to me in full. If I have any questions regarding this handbook, I understand that it is my responsibility to ask my supervisor, Human Resources or any other member of management. I recognize it is my responsibility to review the policies, practices, standards, and rules this handbook contains. I agree to comply with all policies and procedures during my employment at Kilgore Industries.

I understand the information in this handbook is intended to acquaint employees with general policies, principals, standards, and procedures, and does not represent a contractual commitment by Kilgore Industries concerning terms of employment or other matters. Kilgore Industries is free to act according to the best business judgment of its management and to change, interpret, withdraw, or add to the policies, procedures, and standards described in this handbook at anytime without prior notice, consideration, or approval by an employee. Amendments to any other part of this handbook may be issued by appropriate means of communication. I further understand that this handbook is not a contract between me and my employer nor is it a guarantee of any specific policies, procedures, standards, rules, or length of employment. I understand that my employment is considered "at-will" unless I may have otherwise entered into a contractual agreement with the owner or other properly designated company official with actual authority to enter into such an agreement and that it must be in writing, directed to me personally and signed by him/her. Current, specific details of the topics covered in this handbook can be clarified by my supervisor or other member of management. I further understand that I will be responsible for complying with future changes in such policies, practices, standards, and rules.

2/1/13
Date

[signature]
Employee Signature

Rudy Carmona
Employee Name Printed

Original copy with the Employee's signature to be placed in the Employee's personnel file.

KILGORE