# Exhibit B

# Fwd: Follow up

Rudy Carmona <rscbraveheart@hotmail.com>
Tue 11/9/2021 9:34 AM
To: Argelia Moctezuma <argelia.moctezuma@kennardlaw.com>


Sent from my iPhone

Begin forwarded message:

> **From:** Paul Therriault <ptherriault@kilgoreind.com>
> **Date:** November 9, 2020 at 4:23:17 PM CST
> **Subject: Follow up**
>
>
> Hey Rudy,
>
> I'm not sure if you still use this personal email address that I had on file, but I just wanted to let you know that I finished out my October sales reports and delivered copies to Jeff and Jim to see if they are willing to disburse anything, post termination. If you have any questions, you might contact Jim Perkins the HR Director.
>
> Take care,
> Paul
>
>
> **Paul Therriault | VP | Houston Service**
> **Kilgore-Houston Team Member Since 2009**
>
> 
>
> **MECHANICAL | ELECTRICAL | PLUMBING**
> 10050 Houston Oaks Dr **|** Houston, TX 77064
> **Cell** 713.320.6472 **| Office** 713.924.4900
> **www.kilgoreind.com**
>
>