# Exhibit C

(Confidential)
Pg. 3 of 7



## Conduct Required Of This Position:

1. Demonstrates Leadership – Employee must recognize that to whom much is given, much is expected. Employee is offered a unique role within the company that holds great rewards and responsibilities. As such, they should always conduct themselves in a mature and responsible manner that this position requires. They should endeavor to treat other co-workers with the utmost respect. They should exert their influence in a positive way that inspires other co-workers to want to succeed and perform at their personal best.

2. Maintains Confidentiality – Employee will treat confidential or sensitive information with the utmost care. Employee shall not discuss matters of compensation, or incentive with anyone other than their direct manager or ownership.

3. Employee is expected to conduct themselves in a professional manner around all clients.

## Dress Code:

1. Employee shall maintain a neat and professional appearance.

2. Appropriate attire for men shall be considered dress pants, slacks, or Dockers type pants with a belt, along with an appropriate dress, golf, or Kilgore shirt. Shirt and tie are appreciated, but not mandatory. Employees are expected to be well groomed, with shirts tucked in. Blue jeans will only be permitted on days that the employee is required to visit job sites and run the risk of getting dirty. T-Shirts and tennis shoes of any type are strictly prohibited.

3. Appropriate attire for women shall be considered dress pants, slacks, Dockers type pants, skirts, dresses, with an appropriate blouse, or Kilgore shirt. Blue jeans will only be permitted on days that the employee is required to visit job sites and run the risk of getting dirty. T-Shirts and tennis shoes or any type thereof are strictly prohibited.

## Sales & Productivity Goals:

1. Annual sales goal shall consist of **$xxxk** in new service agreements and **$xxxk** in project sales.

2. The foremost responsibility of the Employee is to acquire new service clients for Kilgore Industries and to grow assigned accounts and opportunities.

3. Employee is required to document details of all daily sales, quotes, new client capture and prospecting activities into assigned form or reporting tool, and deliver weekly reports to the department manager, no later than 8AM each Monday. Failure to do so may result in the delay or withholding of incentive payout.

## Incentive Plan:

1. The employee shall receive a weekly draw against expected earned incentives. Incentive earnings will first be applied toward repayment of employee draw balance, with any remaining proceeds being paid out in the form of a monthly incentive check.

2. Sales Categories and definitions:

    a. **New Booked Sales** (Assigned Quota)

        (P1) Projects: S-jobs, X-jobs, retrofit and replacement work generally $5k and above.

        (P2) Quoted: small quoted repairs with a written scope and price, signed quote or PO.

Carmona 0004