IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RUDY CARMONA,<br>   *Plaintiff,* | §<br>§<br>§ | |
| v. | §<br>§ | CAUSE NO. 4:21-cv-001473 |
| KILGORE INDUSTRIES,<br>   *Defendant.* | §<br>§<br>§ | |

## PROPOSED ORDER

After considering Defendant's Motion for Summary Judgment, Plaintiff's opposition of the Motion, and the pleadings and papers on file, the Court is of the opinion that the motion should be **DENIED**. The Court therefore:

**ORDERS, ADJUDGES, AND DECREES** that this case moves on to trial and both parties move forward with the Court ordered Joint Pretrial Order deadline and Docket Call.

SIGNED this _____ day of _____ 2022.

_____
JUDGE PRESIDING

## CERTIFICATE OF SERVICE

      I hereby certify that on May 27, 2022, a true and correct copy of the foregoing instrument has been served on all counsel of record via ECF online filing system.

                                                                 Alfonso Kennard Jr.