IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **RUDY CARMONA** § | |
| § | |
| *Plaintiff,* § | |
| § | CIVIL ACTION NO. 4:21-cv-001473 |
| § | |
| v. § | |
| § | |
| **KILGORE INDUSTRIES** § | |
| § | |
| § | |
| *Defendant.* § | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A LATE PRE-TRIAL ORDER**

**NOW COMES**, Plaintiff Rudy Carmona (hereinafter "Carmona") to file this Opposed Motion for Leave to File a Late Pre-Trial Order, the **Joint** Pre-Trial Order was due to file on August 8, 2022.

On April 8, 2022, Plaintiff sent Defendant's counsel a deficiency letter regarding overdue discovery (due on April 15). During this time, Defendant requested to attempt to settle or mediate, and failed to comply with the deficiency letter, ultimately failing to produce documents and evidence material to this case prior to the filing of the Joint Pre-Trial Order.

On August 8, 2022, counsel for Defendant produced late discovery; and Plaintiff was not able to go through and finalize exhibits on the same day the Joint Pre-Trial Order was due, given that Defendant produced new documents for the first time at this stage in the case. Plaintiff files this Motion solely to seek leave to file a Late Pre-Trial Order and would show onto the court as follows:

1. Plaintiff sent Defendant his request for Discovery on January 13th, 2022.

2. Defendant sent their incomplete responses to Plaintiff's First Request for Discovery on March 31st, 2022.

3. Plaintiff sent Defendant a notice on April 8th, 2022, regarding their deficiencies in Defendant's responses to Plaintiff's first set of interrogatories.

4. Plaintiff gave Defendant deadline of April 15th, 2022, to produce responses and production request.

5. Defendant produced discovery to Plaintiff on August 8th, 2022.

6. Plaintiff's delay in filing this Pre-Trial Order was not intentional or the result of Conscious indifference, but the result of awaiting discovery, which was due on April 15th, 2022, and allowing the late response will occasion no undue delay or otherwise injure Defendant.

7. Plaintiff has conferred with Defendant regarding this motion and the filing of The Pre-Trial Order, and they are Opposed to the relief requested.

### CONCLUSION AND PRAYER

Plaintiff respectfully requests that the Court grant his leave to file Plaintiff's Pre-Trial Order that Plaintiff filed. Upon review and Plaintiff's Motion for Leave, if needed, Plaintiff prays for this Court to sign and enter an Order in Plaintiff's favor.

[SIGNATURE BLOCK TO FOLLOW]

Respectfully submitted,



_____

**Eddie Hodges Jr.**
Texas Bar No. 24116523
Federal Bar ID 3479748
eddie.hodges@kennardlaw.com
**Alfonso Kennard, Jr.**
Texas Bar No. 24036888
Federal Bar ID 713316
alfonso.kennard@kennardlaw.com
5120 Woodway Drive Suite 10010
Houston, Texas 77056
Telephone: (713) 742-0900
Facsimile: (713) 742-0951

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing was served on Defendant via the Court's CM/ECF system on August 9th, 2022.

_____
Eddie Hodges, Jr.

## CERTIFICATE OF CONFERENCE

Plaintiff's counsel conferred with counsel for Defendant on the foregoing motion. Counsel on August 9th, 2022, for Defendant, responded they are opposed to the relief sought in this motion.

_____
Eddie Hodges, Jr.