IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RUDY CARMONA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Case No. 4:21-CV-01473 |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| KILGORE INDUSTRIES, | § | |
| | § | |
| Defendant. | § | |

### DEFENDANT KILGORE INDUSTRIES'S MOTION FOR EXPEDITED DECISION ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE STAY OF TRIAL SETTING UNTIL PENDING MOTION IS RESOLVED

TO THE HONORABLE COURT:

NOW COMES Defendant Kilgore Industries ("Kilgore" or "Company"), filing this Motion for Expedited Decision on Defendant's Motion for Summary Judgment pursuant to Court Procedure 6(D)(2). In accordance Section 6 – Submitted Motion – Need for Expedited Decision of this Courts' Procedures, Kilgore requests an expedited resolution on its pending Motion for Summary Judgment prior to trial, which is set for October 3, 2022.

### I.   BACKGROUND

Plaintiff filed his Complaint on May 3, 2021. Dkt. 1. The parties completed the discovery process and attended mediation on July 11, 2022. That mediation reached an

impasse. Because there is little possibility of settlement in this matter the parties are actively preparing for trial.

Defendant filed a Motion for Summary Judgment on April 30, 2022. Dkt. 20. Plaintiff filed his Reply to Defendant's Motion for Summary Judgment on May 27, 2022. Dkt. 24. Defendant filed a Reply on June 8, 2022. Dkt. 26. Therefore, Defendant's Motion for Summary Judgment has been fully briefed and is ripe for a ruling.

A Pre-Trial Docket Call hearing was held on August 12, 2022. Dkt. 37. At that hearing the Court ruled that Defendant's pending Motion for Summary Judgment would be taken under advisement. Id. The Court also set a trial date for this case on Monday, October 3, 2022. Id. On August 26, 2022, a Minute Entry was entered which stated Defendant's pending Motion for Summary Judgment "is taken under advisement."

At this time, the Court has not issued an Order on Defendant's Motion for Summary Judgment.

## II.  ARGUMENT

<u>Section 6 – Submitted Motion – Need for Expedited Decision</u> of this Court's Procedures states if a pending motion requires resolution on an expedited basis, the movant may advise the Court of the need for such a resolution.

Kilgore requests an expedited resolution on its pending Motion for Summary Judgment because trial in this matter is set for October 3, 2022, a mere three and a half weeks away. Issuance of a ruling on the pending Motion would allow the parties to better prepare for trial, to efficiently narrow the matters for trial, and would conserve judicial

resources by ensuring only those matters to be tried are prepared and presented at the pre-trial conference.

In the alternative, Defendant requests that in light of judicial efficacy and economy that the pending October 3, 2022 trial date be stayed until the fully briefed pending motion for summary judgment is resolved.

### III. PRAYER

WHEREFORE PREMISES CONSIDERED, Defendant Kilgore Industries requests and prays for this Court to expedite its ruling on its pending Motion for Summary Judgment prior to trial, which is set for October 3, 2022. and that it be granted further and additional relief to which it may show itself justly entitled. Alternatively, Defendant requests that the Court stay the October 3rd, 2022 trial date until the pending dispositive motion is resolved.

Respectfully Submitted,

_____
**SONIA B. ALFARO**
State Bar No. 24086849
**MEADERS & ALFARO**
Two Riverway, Suite 845
Houston, Texas  77056
Tel:     713-403-3125
Fax:    855-602-8224
*Eservice:* efiling@meaderslaw.com
Email: salfaro@meaderslaw.com

**ATTORNEYS FOR DEFENDANT**
**KILGORE INDUSTRIES**

## CERTIFICATE OF CONFERENCE

On September 8, 2022, I conferred with Alfonso Kennard, attorney for Plaintiff, and he is opposed to this Motion.

*(signature)*
**SONIA B. ALFARO**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document has been served upon Plaintiff counsel on the 8th day of September 2022 *via* electronic service in accordance with the FEDERAL RULES OF CIVIL PROCEDURE:

Alfonso Kennard, Jr.
Eddie Hodges, Jr.
KENNARD LAW P.C.
5120 Woodway Drive, Suite 10010
Houston, Texas, 77056
Email: Alfonso.kennard@kennardlaw.com
Email: eddie.hodges@kennardlaw.com
*Attorneys for Plaintiff*

*(signature)*
**SONIA B. ALFARO**