Rudy Sam Carmona

Case # 4:21-CV-01473

United States Courts
Southern District of Texas
FILED

SEP 23 2022

Nathan Ochsner, Clerk of Court

Dear Judge Hanks,

My Name is Rudy Carmona I have trial set for Oct 3, 2022. Unfortunatly I have a lawyer that has chosen to be very unprofessional. I have had several complaints against way of communications. Case has been ongoing for almost 2 years. I have tried explaining that I know the inner workings of my former employer to help the case, but he has chosen to ignore me, bringing very heated and unprofessional conversation. Which would take weeks to get him to respond. But now as close as we are to trial and as much evidence that I have, he last looked down on to me and said, I think I'm a lawyer and that is what my problem is, rather than sit down with his client to discuss evidence.

We also have a case with my wife, with him, over 4 years now. Which I now realize all he did was take our money (35k). I have asked for a letter explaining for no longer representing us, and that started a email war, where he said some very unprofessional things. I have reached out to several lawyers, and have found out he has many complaints against him to the board, and have now meet 1 former client that has had the same experiences. I found that he is a lawyer that only takes people's money, waits for a dismissal and asks for more money to appeal. Judge Hanks just a little bit about me to explain this unothodox ~~move~~ move to write a letter to you, hoping for compassion, because I have been mistreated. I'm the oldest of 7 children, born to an alcoholic & Herowin addicted father in one of the worse neighborhoods in Houston, TX (Denver Harbor).

You see society says I should be in prison, dead, or a worthless contributor to society. But many people looked down on me, even my own father. Who was sent to prison for 3 years, two weeks after I graduated high school. I had a choice, give up or fight. Well I fought 17 years old, with the help from my grandmother, to prevent us from being homeless. She gave us her house, but I got a job, put food on table, paid bills, and took care of my mother and 6 siblings. Twenty three years later I have a wife, three kids. I'm now the Owner of 2 successful businesses (HVAC, Windshield Businesses). I have a Occuptional Cert. for San Jacinto, no mechanical degree, but I design some of the most complex HVAC systems for Halliburton, FMC, and other client. When an engineering tells me I wrong, I say we will see. Then they ask what college, because I was right. I listen to Les Brown a lot, and he quotes Gerda a lot, "Look at a man where he is

then he only get worse, but look at a man and what he should be, then he becomes what he could be." Studies show that the desicons you make in life are based on what you see and hear between ages 0-7. I seen, bloodshed, alcholah, drugs, physical abuse, phsycological abuse. But I chose diffent, which is why I never give up. I gave everything I had to Kilgore for 8 years.

Judge Hanks all I'm asking is a chance to properly defend my case, but currently I do not proper legal representation. I'd like to ask to extend trial until 4/30/23 or extend to see if we can settle. I spoke to many lawyer, and they would like to help, but with trial 10/3/22, it such short notice. I just want a chance to have a fair trial, with a lawyer that cares.

Respectfully,

832-573-2269
rscbraveheart@hotmail.com