Rudy Carmona
10/3/22

Case # 4:21-CV-01473

United States Courts
Southern District of Texas
FILED
OCT 03 2022
Nathan Ochsner, Clerk of Court

(page 1)

Dear,
Honorable Judge Hanks,

I am writing today, for many reasons. But primary to ask for extention of trial date, to 4/30/23.

(1.) I would like Kenvard Law officially removed from case.
 (A.) Reason being that for example I was not aware of some sort of Summary of Judgement filed, which further explains his lack of communication with me.
 (B.) I not sure what all evidence has been presented to the court and I am worried about a dismissal and not having a chance to prove my case.

(2.) I have not heard from the court about my last letter, other than a canceled date of 10/3/22 trial. I was unaware that my last letter was officially filed, and prompted my former

attorney to send me email, claiming he was withdrawing. At which I explained that I had already fired him for lack of communication to my ~~cord~~ case.

2.) A) Because we attempting to settle, again I don't know what was presented to court.

3.) During our attempt to settle, and my lawyer talking down to me and claiming that I think I'm a lawyer. Because he was to arrogant to listen to his client. I wanted to present 3 of some of Hundreds of pieces of evidence.

A.) Exihit #2 Per Opposing Counsel
FMC Job as part of my commissions that is owed to me. Opposing cousel & Kilgore is claiming to this $680K job was completed 8/21. Which is a bold lie, I have witness from FMC (Project Manger Over Job) that job was complete 11/2/20. The reason why this is very important is because Kilgore is claiming job had longer completion is due

page 2)

to the ~~fact that this would allow them~~ to keep job open and ~~friction~~ add cost from other jobs. Which is why I tried explaining to my former attorney to ~~no~~ not accept there internal reports (Excel, ~~Word~~ Document etc) because they can alter them, rather ask for actual invoices for vendors ~~that~~ can't be altered. Invoices from the ~~foll~~ following, Ferguson, Master Piping, Crawford Electric Supply, Consolidated Crane. All of which ~~so~~ shows date, Job address, cost, which can't be altered. But my former attorney would listen.

(B.) The ~~R.~~ Halliburton Racetrack Job Exihit #6 According to Opposing Counsel & Kilgore I had nothing to do with $900K job. And "As a matter of Fact" this job is still on going. Well two parts to this claim. #1 to prove I actually did partake in Selling & Estimating Job we can ask the following under Oath, ~~#~~ Mike Alimo, John Chiver, Jeff Kilgore, Travis, Sean McCord, Paul Therriault, Halliburton Staff. Ask if I participated in estimating meeting,

(Page 3)

2) B. all of which can be confirmed by testimony under Oath by those listed, and by release of emails.

The #2 response to Opposing Counsel claim to Exhibit #6. They claim that this project is still on going. Well I have been made aware that this job was completed 3/26/21. You see Judge a warranty letter is presented at date of completion to start warranty. And "As a matter of Fact" this job was out of 1 Year Warranty 3/26/22. Which easily proves Either Kilgore and or both opposing Counsel are not stating facts. These are only two of the Hundreds of pieces of evidence I have against Kilgore. Which my former attorney did not understand.

3) Last but not least. If Kilgore has shown to completely lie, with lawyers and courts involved. How much more do you think they where doing my 8 years of service,

(page 4)

3. in which I made them millions, and had to constistly defend myself along against this company that thinks they could treat their employee in this real manner. Constistent stress due to the fact they would continue to withhold my commissions, and lying over 30-40k at a time. Which is what caused my Bell's Palsey. The year after year of these people harassing me, when all I did was make them millions. Honorable Judge all I want is a ~~chance~~ chance to prove how illegal this company operates. I like for Justice and truth to win, and hold these people accountable

Thank,

Rusty Carmona