IN THE UNITED STATES DISTRICT COURTFOR THE SOUTHERN DISTRICT OF TEXASHOUSTON DIVISION

| | | |
|---|---|---|
| **RUDY CARMONA,** § | CIVIL ACTION NO.:  4:21-cv-1473 |
| *Plaintiff,* § | |
| v. § | |
| **KILGORE INDUSTRIES,** § | JURY DEMANDED |
| *Defendant.* § | |

## MOVANT'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

**TO THE HONORABLE JUDGE OF SAID COURT:**

Comes now, Alfonso Kennard, Jr., the undersigned counsel in the above styled cause and requests that this Honorable Court allow the undersigned counsel to withdraw from this case for the following reasons:

### I. STATEMENT OF FACTS

It is undisputed that plaintiff decided to terminate the undersigned as counsel. The undersigned is not opposed to any motions for continuance and requests to be formally released from this case as counsel record.

The undersigned was in the process of negotiating a settlement with opposing counsel. The undersigned requested various documents and information from the plaintiff to support the position he was contending. That information was not forthcoming. As recent as last week, plaintiff continues to send information that had not been previously sent to the undersigned, and despite

having been terminated as counsel. The undersigned had been requesting this information for weeks, if not months, in an effort to adequately and or properly determine the actual damage model.

Ultimately, plaintiff became upset, impatient, and subsequently belligerent in the form of hostile messages to the undersigned and his staff. Again, the undersigned was in the process of negotiations at the time the relationship was terminated by the plaintiff. It is also worth noting, that subsequent to the initial termination, plaintiff's wife asked for the undersigned to continue to represent him. Shortly thereafter, plaintiff filed his motion for continuance with the court.

This particular plaintiff has a history with this firm of abusive language toward staff, strong alarm tactics such as his recent filing, and utilizing derogatory expressions toward others that counsel would prefer to not list herein. As such, the attorney-client relationship has further become untenable.

Since counsel was terminated prior to the completion of settlement negotiations, and because substantial work, time, and effort had been spent on this case for over a year, the undersigned maintains its fee interest in this matter. Quite simply, this matter was close to resolution, and the only missing pieces were the information plaintiff had never provided for us to present to the other side. The granting of this Motion to Withdraw will not jeopardize the rights of Plaintiff. The requested withdraw is not for the purposes of delay. Plaintiff has time to employ counsel, represent himself, or request court-appointed counsel.

**WHEREFORE, PREMISED CONSIDERED,** Movant, ALFONSO KENNARD, JR. respectfully requests that the Court issue an order granting Movant's Motion to Withdraw as Counsel for Rudy Carmona.

Respectfully submitted,



**Alfonso Kennard, Jr.**
Texas Bar No. 24036888
S.D. ID 713316
Email: Alfonso.Kennard@kennardlaw.com
**Eddie Hodges Jr.**
Texas Bar No. 24116523
S.D. ID. 3479748
Email: Eddie.Hodges@kennardlaw.com
5120 Woodway Dr., Suite 10010
Houston, Texas 77056
T: (713) 742-0900
F: (832) 558-9412

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on 3rd of October 2022, a true and correct copy of Movant's Motion to Withdraw was e-filed with the Court by using the Court's CM/ECF system.

Alfonso Kennard, Jr.