United States District Court
Southern District of Texas
**ENTERED**
October 04, 2022
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

| | | |
|---|---|---|
| **RUDY CARMONA,** | § | CIVIL ACTION NO.: 4:21-cv-1473 |
| *Plaintiff,* | § | |
| v. | § | |
| **KILGORE INDUSTRIES,** | § | JURY DEMANDED |
| *Defendant.* | § | |

## ORDER GRANTING MOVANT'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Counsel for Plaintiff moves for permission to withdraw as attorney of record for Rudy Carmona and to be relieved of any future professional obligation, responsibility, or duty to Plaintiff. After considering same, the Judge finds the motion should be **GRANTED**.

Therefore, it is **ORDERED** that counsel in the person of the Kennard Law Firm, Alfonso Kennard, Jr., and Eddie Hodges, Jr., and any related associate attorney(s), are hereby relieved of any future professional obligation, responsibility, or duty to the Plaintiff other than providing access to any and all materials which are necessary to represent the claimant in this case and which are within his possession to new subsequent counsel.

**IT IS FURTHER ORDERED** that Kennard Law Firm maintains its fee of interest in this matter.

**IT IS SO ORDERED.**

**SIGNED** and **ENTERED** this __4th__ day of October 2022.

*/s/ George C. Hanks Jr.*
**GEORGE C. HANKS, JR.**
**UNITED STATES DISTRICT JUDGE**