United States District Court
Southern District of Texas
**ENTERED**
January 27, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RUDY CARMONA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:21-CV-1473 |
| | § | |
| KILGORE INDUSTRIES, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to the Court's Memorandum Opinion and Order (Dkt. 46) entered in this case, **JUDGMENT IS ENTERED IN FAVOR OF DEFENDANT**, Kilgore Industries.

Defendant Rudy Carmona's claims under Title VII, the TCHRA, and the ADA, as well as Carmona's state-law negligence claim, are **DISMISSED WITH PREJUDICE.** The Court declines to exercise supplemental jurisdiction over Carmona's unpaid wages claim; that claim is **DISMISSED WITHOUT PREJUDICE**. Each party shall bear its own fees and costs.

SIGNED at Houston, Texas on January 27, 2023.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

1